AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ **District of** _____ CALIFORNIA _____

| | |
|---|---|
| KELLY ANN WORDEN,<br>    Plaintiff<br><br>    V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>    Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-AT-00352 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X GRANTED.

  X The clerk is directed to file the complaint.

  X IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____


ENTER this __15th__ day of _____ May _____, __2009__.


                /s/ Sandra M. Snyder
                Signature of Judicial Officer

                SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                Name and Title of Judicial Officer